# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-382
Lower Tribunal No. F90-45200
_____

**Anthony Adams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Anthony Adams, in proper person.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General (Tallahassee), for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Williams v. Wasi, 681 So. 2d 839, 840 (Fla. 4th DCA 1996) ("We find no merit in his distinction between basic gain-time and incentive gain-time, holding that both may be subject to forfeiture by the DOC pursuant to section 944.28(1), Florida Statutes . . . Further, the Legislature specifically refers to all earned gain-time, whether basic or incentive, as a right—one that is granted as a matter of grace and is not automatically retained, but is subject to forfeiture."); Waldrup v. Dugger, 562 So. 2d 687, 689 (Fla. 1990) (noting a "basic gain-time award was subject to forfeiture for unacceptable conduct"); Singletary v. Jones, 681 So. 2d 836, 837 (Fla. 1st DCA 1996) ("[I]nmates receive a lump sum award of all basic gain time to which they may be entitled throughout the full term of their sentences upon entering the prison system.  This gain time is earned when so credited, and is thereafter subject to earned gain time forfeiture.").